PHILIP CAPODILUPO v. BOARD OF EDUCATION OF THE
TOWNSHIP OF WEST ORANGE.

December 8, 1987.

Petition for certification denied.

INTERSTATE PROPERTIES AND I.P. CONSTRUCTION CORPO-
RATION v. FIREMAN'S FUND INSURANCE COMPANY.

December 8, 1987.

Petition for certification denied.

VI–CONCRETE COMPANY v. STATE OF NEW JERSEY,
DEPARTMENT OF ENVIRONMENTAL PROTECTION.

December 8, 1987.

Petition for certification granted.

LYDIA BROWN v. GREGG ZIMMERMAN.

December 8, 1987.

Petition for certification denied.